**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION GSAA HOME EQUITY TRUST 2006-12, ASSET BACKED CERTIFICATES, SERIES 2006-12, An OHIO Corporation, AMY PHAM, individually, DAVID CUNNINGHAM, individually, THESSY ONYENEDUM, individually, DAVID ONYENEDUM, individually, ATESA REAL ESTATE INC., A California Corporation, ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THIS COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1–10,<br><br>Defendants. | Case No. 2:21-cv-04483-MCS-MAA<br><br>**JUDGMENT** |

Pursuant to this Court's Order Dismissing Action,

IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 28, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE